United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN M. VARGAS and HILDA VARGAS                No. C 12-02008 WHA

        Plaintiffs,

  v.                                          **ORDER TO SHOW CAUSE
AND VACATING HEARING**

WELLS FARGO BANK, N.A., and CAL-
WESTERN RECONVEYANCE
CORPORATION, a California Corporation,

        Defendants.

_____/

      Defendant Wells Fargo Bank, N.A., filed a motion to dismiss and request for judicial notice on April 30, 2012. This action was reassigned to the undersigned judge on May 9, 2012. The motion was renoticed on May 14, 2012. Pursuant to Civil Local Rules 7-3 and 7-7(d), plaintiffs Juan Vargas and Hilda Vargas' opposition or statement of non-opposition thereto was due May 14, 2012. None was filed. Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiffs, who are represented by counsel, must file a written response to this order by **NOON ON June 8, 2012.** If no response is filed, defendant's motion to dismiss may be granted. The motion hearing previously set for June 21, 2012 is **VACATED**.

      **IT IS SO ORDERED.**

Dated:  June 4, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE