Ephraim O. Obi [SBN: 207498]
LAW OFFICES OF EPHRAIM O. OBI
3255 Wilshire Boulevard, Suite 1004
Los Angeles, California 90010
Telephone (213) 252-9680
Facsimile (213) 252-9203

Attorney for Plaintiffs,
JUAN VARGAS and HILDA VARGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VARGAS, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N. A., ET AL, <br><br> Defendants. | Case No.: 3:12-cv-02008-WHA <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR 06/21/2012 TO 07/12/2012. ; ORDER DENYING REQUEST <br><br> CRTROOM.: 8 |

IT IS HEREBY STIPULATED BETWEEN PLAINTIFFS, JUAN VARGAS AND HILDA VARGAS AND DEFENDANTS, WELLS FARGO BANK, N.A. ET AL, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, THAT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 21, 2012, AT 11:00 A. M., BE CONTINUED TO JULY 12, 2012, AT 11:00 A. M., OR ON A DATE CONVENIENT WITH THE COURT THIS STIPULATION MAY BE FILED WITH FAXED SIGNATURES AND IN COUNTER-PARTS.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR 6/21/2012 TO 7/06/2012          1

Dated: June 18, 2012.                LAW OFFICES OF EPHRAIM O. OBI

By: _____
Ephraim O. Obi, Esq.
Attorney for Plaintiffs,
Juan Vargas and Hilda Vargas

Dated: June 18, 2012.                Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP

By: _____
Christine E. Hehir, Esq.
Attorney for Defendants
WELLS FARGO BANK, N.A., ET AL

~~IT IS SO ORDERED~~

As renoticed by the clerk, the case management conference is advanced to June 20, 2012, at 11:45 a.m.

Dated: June 19, 2012.            _____
                                 U.S. DISTRICT JUDGE

**IT IS SO ORDERED AS MODIFIED**
Judge William Alsup

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR 6/21/2012 TO 7/06/2012      2

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR 6/21/12 TO 7/12/12**

on the interested parties in said case as follows:

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

*Served By Means Other than Electronically Via the Court's CM/ECF System:*

*Counsel for Plaintiffs:*

Ephraim O. Obi
LAW OFFICES OF EPHRAIM O. OBI
A Professional Law Corporation
3255 Wilshire Blvd., Suite 1004
Los Angeles, California 90010
Tel: (213) 252-9680; Fax: (213) 252-9203

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on June 18, 2012.

| Christine Daniel | /s/ Christine Daniel |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |