IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN M. VARGAS and HILDA VARGAS,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., and CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation,

    Defendants.
                                  /

No. C 12-02008 WHA

**ORDER SETTING BRIEFING SCHEDULE**

      Defendant Wells Fargo Bank, N.A., filed a motion to dismiss and request for judicial notice on April 30, 2012. This action was reassigned to the undersigned judge on May 9, 2012. The motion was renoticed on May 14, 2012. Plaintiffs failed to timely respond and were ordered to show cause why the action should not be dismissed for failure to prosecute. Plaintiffs submitted an opposition to the motion to dismiss, but did not explain their failure to timely respond. Nonetheless, it is in the interest of justice to accept the opposition brief. Thus, the opposition brief is deemed filed as of today. The reply is due June 26, 2012. The motion hearing will be at **8:00 A.M. ON JULY 12**.

      **IT IS SO ORDERED.**

Dated: June 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE