**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN M. VARGAS and HILDA VARGAS

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., and
CAL-WESTERN RECONVEYANCE
CORPORATION, a California Corporation,

    Defendants.

No. C 12-02008 WHA

**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

The Court **DENIES** plaintiffs' request to attend the case management conference by telephone. The courtroom telephone system makes it difficult to conduct hearings over the telephone.

**IT IS SO ORDERED.**

Dated: June 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE