IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN M. VARGAS AND HILDA VARGAS,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A. AKA WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. AND F/K/A WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, AS BENEFICIARY; CAL-WESTERN RECONVEYANCE CORPORATION, a CALIFORNIA CORPORATION and all persons claiming by, through, or under such entities or persons; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiffs title thereto, and DOES 1 through 100, inclusive,

    Defendants.

No. C 12-02008 WHA

**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR**

Plaintiffs' counsel of record, Ephraim Obi, failed to appear at the scheduled hearing on July 12, 2012, at 8:00 A.M. Mr. Obi is hereby **ORDERED TO SHOW CAUSE** why he was absent by sworn declaration filed by **NOON ON MONDAY, JULY 16, 2012**.

**IT IS SO ORDERED.**

Dated: July 13, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE