IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN VARGAS AND HILDA VARGAS,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., aka WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. AND F/K/A WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, AS BENEFICIARY; CAL-WESTERN RECONVEYANCE CORPORATION, a CALIFORNIA CORPORATION and all persons claiming by, through, or under such entities or persons; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiffs title thereto, and DOES 1 through 100, inclusive,

    Defendants.

No. C 12-02008 WHA

**NOTICE RE ORAL ARGUMENT**

After reviewing the written submissions, the Court is of the view that oral argument is unnecessary and will proceed to issue an order soon and to vacate the hearing set for January 17. If, however, one counsel advises the Court in writing by **NOON ON JANUARY 7** that most or all of the argument for its side will be conducted by a lawyer of four or fewer years out of law school (see Supplemental Order, dkt. no. 3 at ¶ 6), then the hearing will remain in place in order to provide that opportunity.

**IT IS SO ORDERED.**

Dated: January 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE