United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MANUEL VARGAS, et al.,

Plaintiffs,

v.

WELLS FARGO BANK N.A., et al.,

Defendants.

Case No.  12-cv-02008-JST

**ORDER VACATING ORDER TO SHOW CAUSE**

Re: Dkt. No. 71

At the hearing on this Court's Order to Show Cause Re: Attorney Obi's Failure to Appear at Case Management Conference, ECF No. 71, the Court invited counsel for Defendant to submit by June 25, 2013, a declaration setting forth the fees and costs incurred by her client in connection with the case management conference held on June 5, 2013, ECF No. 73.  Defense counsel having filed nothing in response to the Court's invitation, the Court now concludes that Defendant does not need further redress from the Court.  The Order to Show Cause is therefore VACATED.

   **IT IS SO ORDERED**.

Dated:  July 18, 2013

_____
JON S. TIGAR
United States District Judge