UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL VARGAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-02008-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 92 |

Before the Court is an Order to Show Cause why this action should not be remanded to state court for lack of subject matter jurisdiction because Plaintiffs and Wells Fargo may not be diverse parties within the meaning of 28 U.S.C. §§ 1348, 1332, and 1441(b)(2). ECF No. 92. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 3, 2013, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: October 1, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　United States District Judge